## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING MOTION** |
| | ) | **TO RECONSIDER ORDER** |
| v. | ) | **OF DETENTION** |
| | ) | |
| Tayari Chanel Meadows, | ) | Case No.: 1:22-cr-00020 |
| | ) | |
| Defendant. | ) | |

On May 7, 2024, Defendant was ordered detained by the court pending her final hearing on the petition. (Doc. No. 79).

On May 13, 2024, Defendant filed a *Motion to Reconsider Order of Detention*. (Doc. No. 82). Defendant advised she has been accepted into Prairie St. Johns in Fargo, North Dakota, and requests the court release her so she may participate in intensive outpatient treatment there. Defendant also notes that a bed is available on Thursday May 16, 2024, at 8:00 a.m.

A detention hearing may be reopened "if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such persons as required and the safety of any other person and the community." 18 U.S.C. § 3142(f)(2).

While the information provided to the court that Defendant has obtained an evaluation and been accepted into Prairie St. Johns is new, the court is not convinced Prairie St. Johns is an appropriate facility for Defendant as it does not maintain the level of security or supervision the court would require. Moreover, based on previous findings that Defendant engaged in offense-based conduct at the residence where she and her partner resided, the court is not inclined for

Defendant to be transported by her partner. Accordingly, the court **DENIES** Defendant's *Motion to Reconsider Order of Detention*. (Doc. No. 82).

**IT IS SO ORDERED.**

Dated this 14th day of May, 2024.

                                         */s/ Clare R. Hochhalter*
                                         Clare R. Hochhalter, Magistrate Judge
                                         United States District Court